**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

CHRISTOPHER DOUD LANGDON,

    Plaintiff,

v.                                                                          Case No:   6:24-cv-2218-WWB-LHP

THE CITY OF ORLANDO, JOHN
BUDDY DYER, PATRICIA PATTY
SHEEHAN, ANTONIO TONY
ORTIZ, ROBERT F. STUART, JAMES
JIM GREY, BAKARI BURNS, REGINA
HILL and SHAN ROSE,

    Defendants

---

## ORDER

Before the Court is a Verified Statement in Support of Motion for Sanctions, filed by Plaintiff, who appears *pro se*. Doc. No. 9. Upon review, the motion (Doc. No. 9) will be **DENIED without prejudice** for failure to comply with Local Rule 3.01(a). In addition, while Plaintiff complains that counsel for Defendants will not accept/facilitate service, service in this matter will be effected by the United States Marshal given that Plaintiff has been granted leave to proceed as a pauper. *See* Doc. No. 4. And the Court has not yet received proper service forms from Plaintiff.

- 2 -

*See* Doc. No. 10.   Given that Defendants have not yet been served/appeared in the case, any request for sanctions appears to be premature.

**DONE** and **ORDERED** in Orlando, Florida on February 19, 2025.

*[signature: Leslie Hoffman Price]*

LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties