UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CHRISTOPHER DOUD LANGDON,

    Plaintiff,

v.                              Case No: 6:24-cv-2218-WWB-LHP

THE CITY OF ORLANDO, JOHN
BUDDY DYER, PATRICIA PATTY
SHEEHAN, ANTONIO TONY
ORTIZ, ROBERT F. STUART, JAMES
JIM GREY, BAKARI BURNS, REGINA
HILL and SHAN ROSE,

    Defendants

---

## ORDER

Before the Court is a "Petition for Writ of Mandamus," filed by Plaintiff, who appears *pro se*. Doc. No. 14. However, although titled as a "Petition for Writ of Mandamus," in substance the motion asks for entry of Clerk's default against Defendants. *Id.* at 2. Upon consideration, the request for Clerk's default (Doc. No. 14) is **DENIED as premature**. Defendants have not yet been properly served in this case; Plaintiff has not yet submitted the appropriate service forms by service by the United States Marshal and no summons have issued. *See* Doc. No. 11.

**DONE** and **ORDERED** in Orlando, Florida on February 26, 2025.

*Leslie Hoffman Price*

LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties